IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02712–REB–KMT


LEROY DAMASIO FRESQUEZ,

     Plaintiff,

v.

SHERIFF TED MINKS,
MICHAEL FISH, Detention Service Manager,
JOHN DOE (CAPTAIN), March 5, 2010,
LT. MARTINALLI,
LT. G. GITTIN,
LT. J. LUCAS,
ADMINISTRATIVE SGT. RENFRO,
SGT. TROY BETKA,
SGT. SCOTT HAPP,
SGT. STEVEN WYGANT,
OFFICER KATHRINE FEROE,
DEPUTY SHERIFF CRUMBAKER,
DEPUTY SHERIFF RYAN VIERS,
DEPUTY SHERIFF DUSTIN DYELING,
DEPUTY SHERIFF ANTHONY KOTRIS,
DEPUTY SHERIFF DONALD SPRINGFIELD,
DEPUTY SHERIFF HOLLEY,
DEPUTY SHERIFF JAMES GELEUDE,
DEPUTY SHERIFF JASON RICHARDSON,
DEPUTY SHERIFF REID PERRY,
DEPUTY SHERIFF WILLIAM BOHM,
DEPUTY SHERIFF ERIK BOUGHAM,
DEPUTY SHERIFF HERBERT LONGSHORE,
DEPUTY SHERIFF #1958 (Name Unknown),
COUNSELOR MIKE COLLINS,
COUNSELOR SUPERVISOR DEBRA ELUDO,
CORRECTIONAL HEALTHCARE MANAGEMENT,
CLAUDIA VAN BUREN/HSA,
RAYMOND HERR, Responsible Physician,
TRACY HAINES, LPN, and

KATHERINE BECERRA, RN,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion." (Doc. No. 56, filed May 14, 2012.) Plaintiff's Motion seeks a court order directing Defendants or Defendants' counsel to provide the address of several "unserved" defendants—namely, Defendants Van Buren, Becerra, Herr, and Correctional Healthcare Management—so that the United States Marshals Service may properly serve these defendants. Plaintiff's Motion (Doc. No. 56) is GRANTED in part and DENIED in part.

Plaintiff's Motion is DENIED to the extent that Plaintiff seeks addresses for Defendants Herr and Correctional Healthcare Management. The docket indicates that these defendants were served on May 2, 2012 (*see* Doc. Nos. 49-1 & 49-3) and counsel has since entered an appearance on their behalf (Doc. No. 64, filed May 14, 2012). Therefore, the court will not require Defendants to provide addresses for these defendants.

Plaintiff's Motion is GRANTED in part to the extent it seeks addresses for Defendants Van Buren and Becerra. No later than May 25, 2012, Defendants shall file a Status Report either (1) advising the court of forwarding addresses for Defendants Van Buren and Becerra, or (2) advising the court that Defendants and Defendants' counsel do not have access to, or record of, such addresses. If the Status Report indeed includes forwarding addresses for Defendants Van Buren and Becerra, it shall be filed under Restricted Access – Level 2.

Dated: May 18, 2012