IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02712–REB–KMT

LEROY DAMASIO FRESQUEZ,

    Plaintiff,

v.

DEPUTY SHERIFF RYAN VIERS,
CLAUDIA VAN BUREN, HAS,
LIEUTENANT REGINA MARINELLI,
CORRECTIONAL HEALTHCARE COMPANIES, INC. d/b/a CORRECTIONAL
HEALTHCARE MANAGEMENT, INC., and
ONE OR MORE JOHN DOES,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Joint Motion for Leave to Take Deposition" (Doc. No. 197, filed March 2, 2015) is GRANTED.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the court hereby grants Defendants leave to take Plaintiff's deposition at the Colorado State Penitentiary, subject to the provisions of D.C.COLO.LCivR 30.1 on deposition scheduling and the rules and regulations of the CDOC and the facility.

Dated: March 3, 2015