**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02712-REB-KMT

LEROY DAMASIO FRESQUEZ,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, and CORRECTIONAL HEALTHCARE COMPANIES, INC., d/b/a CORRECTIONAL HEALTHCARE MANAGEMENT, INC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion for Dismissal with Prejudice** [#206][1] filed July 8, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion for Dismissal with Prejudice** is granted;

    2. That any pending motion, including but not limited to **CHC's Partial Motion To Dismiss Plaintiff's Second Claim for Relief Based Upon Alleged Violations of 42 U.S.C. § 1983** [#187] filed January 16, 2015, is denied as moot;

    3. That all pending pretrial deadlines are vacated;

    4. That the combined Final Pretrial Conference/Trial Preparation Conference set

---

[1] "[#206]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

January 22, 2016, is vacated;

     5.  That the jury trial set to commence February 8, 2016, is vacated; and

     6.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

     Dated July 9, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge